APPEAL No. 74-333. THOMAS CAMARA *et al. v.* CITY OF WAR-WICK *et al.* Motion of defendants for special assignment is denied. *Breslin, Sweeney & Gordon, David F. Sweeney,* for plaintiffs. *William J. Toohey,* City Solicitor, *Howard R. Haronian,* for Woloohojian Realty Corp., defendants.

APPEAL No. 75-18. WILLIAM GRANGER *et al. v.* WALTER JOHNSON. Motion of plaintiffs to reconsider the granting of the defendant's motion to stay judgment and injunction of the Superior Court is denied. *Blais, Cunningham, Thayer, Gagnon & Ross, Ronald R. Gagnon,* for plaintiffs. *Francis J. O'Brien,* for defendant.

APPEAL No. 75-35. JAMES NAUGHTON *et al. v.* DR. CHARLES GOODMAN *et al.* Motion of defendant Doctor Charles H. Goodman for extension of time in which to file his brief is granted. Motion to consolidate instant case with that of *Richardson* v. *Bevilacqua,* 114 R. I. 957, 337 A.2d 820 (1975), is denied. *Oster, Espo, Fay & Groff, Irving N. Espo,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *Keven A. McKenna,* Asst. Attorney General, *James M. Shannahan,* for Town of Cumberland.

APPEAL No. 75-51. ROBERT J. RICHARDSON *et al. v.* DR. JOSEPH BEVILACQUA *et al.* Motion to consolidate instant case with the case of *Naughton* v. *Goodman,* 114 R. I. 957, 337 A.2d 819 (1975), and case of *Connors* v. *Goodman,* No. C. A. 74-175, now pending in the Superior Court, is denied. *Oster, Espo, Fay & Groff, Irving N. Espo,* for petitioners-appellees. *Julius C. Michaelson,* Attorney General, *Keven A. McKenna,* Asst. Attorney General, for respondent-appellants.

June 3, 1975.

M. P. No. 1986. STATE *v.* ROBERT G. COLE. Motion of State to vacate a previous order of court, which provided for an evidentiary hearing in the Superior Court, is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,*